FILED
2003 APR -8 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DOUGLAS A. LILES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 02-BE-3160-J |
| ) | |
| WALKER COUNTY CIRCUIT COURT ) | |
| and WALKER COUNTY JAIL, ) | |
| ) | |
| Respondents. ) | |

ENTERED
APR - 8 2003

## MEMORANDUM OPINION

The petitioner, Douglas A. Liles, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). Therein, he complains that he has not been transferred to the Alabama Department of Corrections following his sentencing. (*Id.*). The respondents filed a response to this court's order to show cause why the relief should not be granted. (Doc. 9). The response includes a motion to dismiss this action due to the fact that it is moot premised on the petitioner's transfer from the custody of the Walker County Jail. The court has afforded the petitioner an opportunity to respond and he has failed to do so. (Doc. 10).

Premised on the foregoing, the respondents' motion to dismiss is due to be granted. Liles' petition for a writ of habeas corpus is moot in view of his transfer to the custody of the Alabama Department of Corrections. An appropriate order will be entered.

DONE, this 8th day of April, 2003.

KARON O. BOWDRE
United States District Judge

12